Our viewers are here today to share with you our vision for this upcoming year's elections. As you know, there are two major issues in this season. The first is that the district courts imposed a sizeable increase in this year's total electoral votes And in response to a brief prior reference, the district court gave this measure in piece … two years. These measures were that individual voter rights, and this is the courseware download in one of our swimming suites. You can order 753 packs, and you will be able to watch the entire video. And they were created and distributed in three parts. I just wanted to add, because you said you had addressed many of our issues, the other main issue, which is the number of U.S. citizens. And there was more, as I see Mr. Torrance's file, than there was in your briefing regarding the number of U.S. citizens. And what's the second question? I know you have a court-asserted testimony that refers to some trial exhibits, so I cannot find the trial exhibits. I don't see them at all. You're going to have to find your transcripts and check for it. And you need to describe a list of the educational exhibits or court-asserted exhibits. Yeah. Thank you. This is from April 13th. You're referring to the transcripts of the U.S. citizens' trial file, the record of the U.S. U.S. citizens' trial file, and so the transcripts are referencing the U.S. U.S. trial file. Well, I mean, I guess here's my problem. I mean, it's really confusing. It's been in all these other sites. It seems to me like there's been seriously trial file in a number of journals, and I think it's interesting there to be repeated testimony, and I think it's interesting to me about the frequency of talking to somebody concerned that they're serious, which is the case, but I am concerned about as well. I mean, you can hear that the exhibits are something else. So that's fine. I can read the exhibits. I can read the transcripts. I don't know what you're talking about. You're referring to the U.S. U.S. U.S. U.S. U.S. U.S. U.S. U.S. U.S. U.S. U.S. U.S. I don't understand. I don't understand. I don't understand. I don't understand. Of course, there would be the new interventions, and you know that we don't know how many new interventions there are, or even if there might be multiple death deaths of a single factor, so that there was never a single case. I just have a question for your audience. The only thing in my research that can lead me to more individuals who have the types of health conditions that you're talking about, how many of these individuals, if there's one or there's two or three, what are some of the things that you're looking for when you're trying to review these interventions? Yes, and it's my view, but my understanding is that many of them are incorrect. It's wrong, but it's that not every person you know, many of them are less so. They may have different years of sleeping, they may have different sufferings, they may have a lot of sufferings, it's the community they come from, and that's what you're trying to do. So, my understanding is that if it's two people now, it's going to be an actual loss. It may not be proven, but it's going to be something great. It's going to be something to get used to. But a loss here, like I said, we know that it's going to cost a lot of money and it's going to cost a lot of money, and it's sort of hard to realize that there's such a substantial portion of the agency to specify a loss of sleep, especially if it's just two years. And as we see, it's going to be sort of a different case because it's tendency-oriented, it's sort of a practice of observation and a nature of sleep for a person. You can have a case where an investment is looking at a person's earnings and they're very confident, they've got a nice, very high confidence. In this case, Mr. Harrison is simply living in a two-bedroom house and that's his fourth of the year, and he's our key exchange for some of this information between the one and two and the one and three that we're going to have to try to get rid of in the four months. Do you want to make sure I understand correctly about the loss amount of insiders to the client who did not quote the $4,300 amount you said instead? It just wasn't at all foreseeable because you were calling all the time that it was foreseeable instead of premature, and it just wasn't reported. No, Mr. Harrison, the client is going to be living in a two-bedroom house and he's resetting it. It's $4,400,000 and you're here to see who you need to interview. It wasn't foreseeable. This is your client, and you're here to interview him. Okay. Okay. Did you ask yourself when you realized how much you owe him? No. No. No. No. No. No. No. No. No. No. No. No. No. No. No. No. No. No. No. No. No. No. No.  No. No. No. No.    Censor. No, no. No. No. No. Counselor. Brother, there's more than one. Is there anything in the record that would support the 215 individuals? Your Honor, there's not. Just according to the proceedings, they're policing a new trial. In the Cayman's case, there's just this case that needs cases before. The court heard testimony in that case. There were other emergencies, first-degree emergencies. And they were charged by the executioner's emergencies. We're at the court now. We just did not miss any of these. Is there any information that your jurisdiction is just being very unfair over? No, Your Honor. So, your Honor, in this case, they're just saying that the executioner's position is in any way in any way in any way in relation to this case. Your Honor, the only thing we can put together is a formal suggestion for two of the executioner's victims as ever approved records fall before the subsequent court hearings. Your Honor, I just would say under my circumstances, I don't think you can use any other related case under any of them where there's no jealousy in this one. You are, you have no jealousy in this one. There's reference to trial in this case. I'm just saying it's not used as a high number and it describes the process that he was just talking about. So, the trial, I would say, that's actually all here in this case. This is something that we can't just do. Your Honor, I think perhaps it's wrong to think that if the record falls in the search plan and they're in search of you, they're in search of you. I don't, I don't believe that there's any specific anything in reference to the execution by the subsequent court hearings that the executioner is responsible for. So, it's, it's fascinating in that there are some of the victims are merchants, for instance, but we don't have any identification of them, so I don't know whether it's on the case or the search, but I don't know how to make an assumption, but it's the government's justification that they decide plainly or repeatedly for this court the 215 number. I mean, other than there's not a specific record of the shot or where it was put in the year that was first, the first since the official waiver here, so that that challenge that that that that that that that that that
judges: McKeown, Graber, Peterson